UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>CALIFORNIA COURT OF APPEAL,<br><br>　　　　　　Respondents | Case No. CV 17-806 JC<br><br>JUDGMENT |

　　　Pursuant to this Court's Memorandum Opinion and Order, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

　　　DATED: May 22, 2017

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE